## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SIDOO, <u>et al.</u><br><br>    Defendant. | Case No. 1:19-cr-10080-NMG |

## DEFENDANT HOMAYOUN ZADEH'S
## <u>WAIVER OF APPEARANCE FOR ARRAIGNMENT</u>

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Homayoun Zadeh respectfully hereby waives his right to appear in court for arraignment on the Second Superseding Indictment in the above-captioned matter.  Defendant and his counsel affirm that Dr. Zadeh has received a copy of the Second Superseding Indictment and that Dr. Zadeh pleads not guilty.

The Second Superseding Indictment was returned less than a week after Dr. Zadeh, who resides in California, made an initial appearance in this District on the underlying criminal complaint in this matter.  <u>See</u> <u>United States v. Abbott</u>, No. 1:19-mj-06087, Docket No. 289.  Therefore, Dr. Zadeh respectfully requests that the Court accept this waiver and enter a plea of not guilty in his absence.

Dr. Homayoun Zadeh,

_____
Dr. Homayoun Zadeh

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Seth B. Orkand (BBO No. 669810)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8377
Fax: (617) 273-8004
tminer@mosllp.com
msiddall@mosllp.com
sorkand@mosllp.com

Dated: April 12, 2019

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for the Government on April 12, 2019.

/s/ Tracy A. Miner
Tracy A. Miner