| | |
|---|---|
| **From:** | O"Connor, Brien |
| **To:** | Rosen, Eric (USAMA) |
| **Subject:** | Re: can you provide me … |
| **Date:** | Thursday, June 6, 2019 5:54:24 PM |

Yes, principally based on the fact that we think it important, consistent with Marty's comments, that on these conflict issues (and particularly the high profile of USC and the three firms too), that our responsive filings be public when your filing is read by the press and public.

On Jun 6, 2019, at 5:47 PM, Rosen, Eric (USAMA) ███████████████████████████ >> wrote:

With your basis for redacting out the USC information from the filing?

Thanks

Eric S. Rosen
Assistant United States Attorney
District of Massachusetts
███████████
███████████████████████

Brien T. O'Connor
ROPES & GRAY LLP
███████████████
███████████████
███████████████

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.