## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>Homayoun Zadeh,<br><br>        Defendant. | Case No. 1:19-cr-10080-NMG |

## DEFENDANT HOMAYOUN ZADEH'S
## MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

Defendant Homayoun Zadeh respectfully requests that the Court modify his conditions of pre-trial release, which currently restrict his travel to the continental United States and require surrender of his passport. Dr. Zadeh seeks permission to travel for previously scheduled speaking engagements, and for the return of his passport during those trips. The Court previously granted Dr. Zadeh permission to travel internationally for speaking engagements in April through August of 2019. Dr. Zadeh has taken five of those trips (to Malaysia, Taiwan, Canada, France, and Romania), kept Probation apprised of his travel plans, and returned to the United States as required.

As a result of his highly publicized arrest, Dr. Zadeh has been placed on administrative leave from his position as tenured associate professor and director of the Post-doctoral Periodontology program at the University of Southern California, and has lost 3 book contracts. Dr. Zadeh makes this motion to avoid canceling upcoming speaking events so that he may continue to earn a living and pay his legal fees to defend against the charges in this case. Dr. Zadeh would keep Probation informed of his travel plans in advance of each proposed trip.

Dr. Zadeh is an internationally respected periodontist, and is not a flight risk.  He has strong ties to southern California, where he lives, works, and was arrested.  He has been a professor at the University of Southern California for 26 years, where he also received his D.D.S. in 1987.  Dr. Zadeh has also operated two successful periodontology practices in southern California for the past 26 years.  Dr. Zadeh's wife of 22 years and two teenage daughters live in southern California, and he owns a home there. Dr Zadeh has a large, very closely-knit family in southern California, including 3 brothers, 11 nieces and nephews, 2 aunts, 2 uncles and many cousins.

Dr. Zadeh is charged with one count of conspiracy to commit mail and wire fraud and honest services mail and wire fraud in violation of 18 U.S.C. § 1349 and one count of money laundering conspiracy in violation of 18 U.S.C. § 1956(h) in a highly publicized college admissions scandal.  He has paid a substantial bond of $100,000 to guarantee his presence.  As the Court is aware, the matter has already been the subject of intense scrutiny and Dr. Zadeh has already garnered significant media interest.  It is highly unlikely that a defendant in this matter could successfully flee, and any attempt to flee would result in national and even international headlines.

Dr. Zadeh maintains an active schedule as a speaker at academic and dental conferences and symposia.  He is currently scheduled to speak at the following events in the fall of 2019.

| Lecture date | Meeting | City | Travel dates |
|---|---|---|---|
| September 26-28, 2019 | European Academy of Osseointegration | Lisbon, Portugal | September 24-29, 2019 |
| October 10-12, 2019 | International Federation of Esthetic Dentistry (IFED) | Barcelona, Spain | October 9-12, 2019 |

| November 9-10, 2019 | Quintessence Symposium | Moscow, Russia | November 7-11, 2019 |
|---|---|---|---|
| Nov 13, 2019 | PhD Thesis defense U. International Barcelona | Barcelona, Spain | Nov 11-13 |
| November 14-16, 2019 | Portuguese Dental Association | Lisbon, Portugal | November 12-16, 2019 |

Since the indictment, Dr Zadeh, has completed 5 international trips, pre-approved by the court, to fulfil his commitments. He has carefully complied with the terms set by the court and his pre-trial officer.

Dr. Zadeh therefore respectfully requests that the Court modify his conditions of pre-trial release to permit him to travel on the above-named dates, and for the return of his passport during these trips.

The Government takes no position with respect to this motion.


Dated: August 14, 2019                    Respectfully submitted,


                                          HOMAYOUN ZADEH

                                          By his attorneys,

                                          /s/ Megan A. Siddall
                                          Tracy A. Miner (BBO No. 547137)
                                          Megan A. Siddall (BBO No. 568979)
                                          Seth B. Orkand (BBO No. 669810)
                                          Miner Orkand Siddall LLP
                                          470 Atlantic Ave, 4th Floor
                                          Boston, MA 02110
                                          Tel.: (617) 273-8377
                                          Fax: (617) 273-8004
                                          tminer@mosllp.com
                                          msiddall@mosllp.com
                                          sorkand@mosllp.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for the Government on August 14, 2019.

*/s/ Megan A. Siddall*
Megan A. Siddall