UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SIDOO, et al.<br><br>    Defendant. | Case No. 1:19-cr-10080-NMG |

DEFENDANT HOMAYOUN ZADEH'S
PROPOSED FOSTER HEARING QUESTIONS

Introductory Matters

1. How old are you?

2. How far did you go in school?

3. Have you taken any alcohol, drugs, or medications recently that would impair your ability to understand today's hearing?

4. Is there anything else that would interfere with your ability to understand what his happening today?

Current Representation

5. Are you currently represented by the law firm of Miner Orkand Siddall LLP?

6. Are you aware that Miner Orkand Siddall also represents Gordon Ernst in a criminal matter charged by the United States Attorney's Office in Boston, Massachusetts entitled United States v. Ernst, Case No. 19-cr-10081-IT?

7. Do you understand that while representing Mr. Ernst, the attorneys at Miner Orkand Siddall may learn or have learned information from Mr. Ernst that they cannot disclose to you?

8. Do you understand that the Government contends Mr. Ernst may have information relevant to the charges against you?

9. Do you understand that Mr. Ernst could choose to cooperate with the Government and, if he did so, could be called to testify at trial against you?

10. Do you understand that in the event Mr. Ernst were called to testify at trial against you, the attorneys at Miner Orkand Siddall might be required to have conflicts counsel cross-examine Mr. Ernst or to withdraw from representing you?

11. Do you understand that in the event the attorneys of Miner Orkand Siddall withdraw from representing you at trial, you will be unable to obtain a continuance, or delay, based upon their withdrawal, but will instead be required to go to trial with other counsel?

12. Do you understand that Miner Orkand Siddall's representation of Mr. Ernst could theoretically affect that firm's advice to you regarding whether you should plead guilty, with or without cooperation, or go to trial?

13. Do you understand that there may be other potential conflicts arising from Miner Orkand Siddall's representation of you and Mr. Ernst that I have not mentioned to you?

14. Have you discussed these potential conflicts of interest with your attorneys at Miner Orkand Siddall?

15. Are you satisfied with the firm's representation of you?

Waiver

16. Do you understand that you have a right to consult with a lawyer other than the attorneys at Miner Orkand Siddall in order to determine whether you wish any or all of them to represent you?

17. Ms. Miner, have you discussed the issues arising from your representation of Mr. Ernst with Dr. Zadeh?

18. Do you feel that Dr. Zadeh understands the possible risks?

19. Dr. Zadeh, is there anything I have said today that you wish to have explained further?

20. After considering all that I have said today, do you believe it is in your best interest to continue with Miner Orkand Siddall as your attorneys?

21. Do you agree to waive any and all future arguments, on appeal or otherwise, that you were denied effective assistance of counsel based on Miner Orkand Siddall's representation of you and Mr. Ernst?

Dated: August 15, 2019

Respectfully submitted,

HOMAYOUN ZADEH

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8377
Fax: (617) 273-8004
tminer@mosllp.com
msiddall@mosllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by hand on counsel for the Government on August 15, 2019.

*/s/ Tracy A. Miner*
Tracy A. Miner