UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
19-cr-10080-NMG

UNITED STATES OF AMERICA,

v.

Homayoun Zadeh

**WAIVER OF RIGHT TO SEPARATE COUNSEL**

I, __Dr. Homayoun Zadeh__, have been advised by Magistrate Judge Page Kelley of some of the conflicts of interest that may arise when defendants in related cases are represented by the same counsel. I have discussed these risks with my counsel and understand the nature of those risks. I have been further advised by Magistrate Judge Kelley that I have an absolute right to retain separate counsel or, if financially qualified, to have separate counsel appointed by the court and paid for by the government.

Being fully aware of the possible risks where defendants are jointly represented and of my right to separate counsel, I nevertheless choose to proceed being represented by __Miner Orkand Siddall__ who also represents other defendant(s) in a related case.

_____
Defendant

Dated: __8-19-19__

Page 1 of 1