# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**[PROPOSED] ORDER**

The USC protective orders entered by the Court at Dkts. 830, 1081 and 1696 are hereby modified to permit Defendants Zadeh, Abdelaziz, and Kimmel, if they wish, to share documents received from USC with defendants in case 1:19-cr-10081-IT.  Defendants must not share any USC documents with defendants in case 1:19-cr-10081-IT until such defendants execute the protective order entered by this Court and agree to be bound by its terms.

DATED: _____                                              _____