UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 19-10080-NMG |
| ) | |
| v. ) | Violation: |
| ) | |
| HOMAYOUN ZADEH, ) | <u>Count One</u>: Filing a False Tax Return |
| ) | (26 U.S.C. § 7206(1)) |
| Defendant ) | |

<u>SUPERSEDING INFORMATION</u>

At all times relevant to this Superseding Information:

<u>General Allegations</u>

1. The defendant, HOMAYOUN ZADEH, was a resident of Calabasas, California.

2. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering and enforcing federal tax laws.

3. The Key Worldwide Foundation ("KWF") was a non-profit corporation founded in or about 2012 and based in Newport Beach, California. In or about 2013, the IRS approved KWF as an exempt organization under Section 501(c)(3) of the Internal Revenue Code, meaning that KWF was exempt from paying federal income tax, and that individuals who contributed to KWF could deduct those contributions from their taxable income, subject to certain limitations.

4. The Edge College & Career Network, LLC, also known as "The Key," was a for-profit college counseling and preparation business based in Newport Beach, California that was established in or about 2007 and registered in California in or about 2012.

5. William "Rick" Singer was a resident, variously, of Sacramento and Newport Beach, California. Singer founded and, together with others, operated KWF and The Key.

6. Steven Masera was a resident of Folsom, California. Until in or about December 2017, Masera was employed as an accountant and financial officer for KWF and The Key.

7. The University of Southern California ("USC") was a highly selective private university located in Los Angeles, California.

8. Donna Heinel was a resident of Long Beach, California. Heinel was employed as the senior associate athletic director at USC.

9. Laura Janke was a resident of North Hollywood, California. Until on or about January 10, 2014, Janke was employed as an assistant coach of women's soccer at USC.

General Background on Federal Tax Law

10. Pursuant to the Internal Revenue Code and attendant regulations, individual taxpayers generally are required to report their income, attendant tax obligations, and, where appropriate, any claim for a refund on a U.S. Individual Income Tax Return, Form 1040, which must be filed annually with the IRS.

11. Section 501(c)(3) of the Internal Revenue Code permits organizations operated exclusively for charitable purposes to be exempt from taxation ("501(c)(3) entities"). Among other things, 501(c)(3) entities must not be organized or operated for the benefit of private interests, and none of the earnings of a 501(c)(3) entity may inure to the benefit of any private shareholder or individual.

12. To encourage public support of charitable organizations, federal law permits individuals to deduct contributions to 501(c)(3) entities from their taxable income. Such deductions, which are subject to certain limitations, are typically reported to the IRS on a donor's income tax return, thereby reducing the donor's income tax obligation.

13. Title 26, United States Code, Section 170 provides, among other things, that no deduction for a charitable contribution of $250 or more shall be allowed unless it is substantiated by a written acknowledgment from the recipient organization indicating whether any goods or

services were provided in consideration for the contribution, and, if so, providing a description and good faith estimate of the value of the goods or services provided. Any deduction must be reduced by the value of goods or services provided in exchange.

### ZADEH's False Tax Return

14. Beginning in or about 2016, ZADEH agreed with Singer to pay an amount, ultimately totaling $100,000, to facilitate the admission of ZADEH's daughter to USC.

15. On or about December 16, 2017, ZADEH provided Singer with a photograph of his daughter cheerleading. Singer forwarded the photograph to Janke and directed her to fabricate a lacrosse profile for ZADEH's daughter.

16. On or about March 15, 2017, Heinel, in coordination with Singer, presented ZADEH's daughter to the USC subcommittee for athletic admissions, and obtained the subcommittee's approval to admit her to USC as a lacrosse recruit.

17. On or about March 17, 2017, Singer caused KWF to issue a $50,000 check, payable to the "USC Women's Athletics Board," to Heinel.

18. In a text message on or about March 20, 2017, ZADEH told Singer: "I will go with our arrangement. However I don't have $100k of cash. You had previously told me that half was now to USC and I was going to put on card and you said half wad [sic] in the fall. In our phone conversation, you mentioned that I can pay you over 6 months. If so. I can provide you each month a check."

19. Singer responded: "As for payment- the money will be deposited in the next day or two. My foundation sent the money as requested. Normally the first 50k is sent immediately after acceptance and before the final letter is received. Then the next portion is sent soon after the final letter is provided. Since both are happening on top of each other I sent the monies to my contact

as a donation so there is no conflict internally because you are designated as a giver through another department but that was not the group who helped. The group helping wants the credit and funds so it is cleaner through me."

20. Singer also told ZADEH that he could "make the 100k payment over the next 6 months starting April 1st. You can send to my foundation as a donation/write off or if you have your own company we can invoice you as a business consulting fee from our profit business and you write off as an expense. If you want to complete the transaction by credit card that is fine too. I just need you to designate, which path do you want to be invoiced. Please let me know? Final acceptance will come in the next 10 days or so."

21. On or about April 5, 2017, Masera emailed an invoice to ZADEH and his spouse for their purported "pledge" to KWF of $100,000, which was in fact a payment for facilitating the admission of ZADEH's daughter to USC.

22. Between on or about May 30, 2017 and on or about December 10, 2018, ZADEH and his spouse made the following ten payments, totaling $65,000, to KWF:

| Date Posted to KWF Account | Amount |
|---|---|
| 5/30/2017 | $5,000 |
| 9/25/2017 | $10,000 |
| 10/23/2017 | $10,000 |
| 12/27/2017 | $10,000 |
| 2/15/2018 | $5,000 |
| 3/26/2018 | $5,000 |
| 4/27/2018 | $5,000 |
| 9/7/2018 | $5,000 |
| 11/6/2018 | $5,000 |
| 12/10/2018 | $5,000 |

23. On or about February 15, 2018, Singer's bookkeeper sent a letter to ZADEH and his spouse, dated December 27, 2017, falsely attesting that "no goods or services were exchanged" for their purported "contributions totaling $40,000" to KWF.

24.     ZADEH's Form 1040 for the 2017 tax year contained declarations by ZADEH and his spouse, under penalties of perjury, that the information contained therein was true, correct, and complete. That return included payments to KWF as deductions for purported gifts to charity. In fact, as ZADEH knew, those payments were made in exchange for facilitating the admission of ZADEH's daughter to USC.

<u>COUNT ONE</u>
Filing a False Tax Return
(26 U.S.C. § 7206(1))

The United States Attorney charges:

25. The United States Attorney re-alleges and incorporates by reference paragraphs 1-24 of this Superseding Information.

26. On or about October 6, 2018, in the Central District of California and elsewhere, the defendant,

HOMAYOUN ZADEH,

did willfully make and subscribe a joint U.S. Individual Income Tax Return, for the tax year 2017, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter, in that, as ZADEH knew, the return falsely claimed payments to KWF as deductions for purported gifts to charity when, in fact, those payments were not legitimate charitable contributions.

All in violation of Title 26, United States Code, Section 7206(1).

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

By: /s/
JUSTIN D. O'CONNELL
LESLIE A. WRIGHT
KRISTEN A. KEARNEY
IAN J. STEARNS
STEPHEN E. FRANK
Assistant U.S. Attorneys

Date: July 1, 2021