UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>HOMAYOUN ZADEH,     )<br>)<br>Defendant.     )<br>) | Criminal No. 19-10080-NMG |

MOTION FOR RULE 11 HEARING

The government respectfully moves for a hearing pursuant to Federal Rule of Criminal Procedure 11. As grounds for this motion, the government states that the defendant has indicated, through his counsel, that he wishes to plead guilty to the Superseding Information in this case.

The defendant's counsel has advised the government that the defendant, who resides in California, requests that the hearing be conducted by Zoom. The government has no objection to this request.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ Stephen E. Frank
Assistant United States Attorney

Date: July 1, 2021

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            */s/ Stephen E. Frank*
                                            Stephen E. Frank
                                            Assistant United States Attorney

Date: July 1, 2021