UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Homayoun Zadeh, <br><br> Defendant. | Case No. 1:19-cr-10080 |

**DEFENDANT HOMAYOUN ZADEH'S
MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

Defendant Homayoun Zadeh respectfully requests that the Court modify his conditions of supervised release to permit domestic and international travel upon notification to probation. Dr. Zadeh is an internationally respected periodontist who routinely travels for speaking events and other work-related matters. With the Court's permission, he has traveled regularly for work since his arrest in March 2019. He has always kept Probation apprised of his travel arrangements and has returned to his home as required. Unfortunately, the need to seek permission from the Court has increased Dr. Zadeh's attorneys' fees and has limited his ability to accept last minute travel invitations. Now that Dr. Zadeh has successfully completed over half of his one-year period of supervised release, he requests that the Court modify his conditions to allow him to travel domestically and internationally upon notification to Probation and without the need to request permission from Probation or the Court. Probation does not object to this request. The Government takes no position.

Dr. Zadeh is an internationally respected periodontist and is not a flight risk. He has strong ties to southern California, where he lives, works, and was arrested. He was a professor at

- 1 -

*Motion denied without prejudice to the filing of a motion for reconsideration on or after Nov. 3, 2022.*

*SNMGorton, USDJ 09/22/2022*